IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JENNIFER MOORE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF RALPH JAMES DIETZ, DECEASED, <br><br> Plaintiff, <br><br> LESA K. DIETZ, *PRO SE* AS NEXT FRIEND FOR S.D., A MINOR <br><br> Intervenor, <br><br> v. <br><br> SIERRA NEVADA CORPORATION, INC., NEW FRONTIER INNOVATIONS, LLC, <br><br> Defendants. | C.A. No. 2:14cv49 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-titled action jointly stipulate under Federal Rule of civil Procedure 41(a) to the dismissal with prejudice of all claims asserted in the above-captioned case as fully settled on the merits. Further, the Court has approved the settlement as to the minor (Minute Entry, 7/2/15). Each party shall bear their own costs and fees.

The parties have agreed that counsel for Defendant Sierra Nevada Corporation shall file this Stipulation on behalf of all parties. A proposed order is attached as Exhibit A.

Respectfully submitted this 3rd day of August, 2015.

1

Signed: _____  Date: 7/31/2015
Jeffrey G. House
Curney, Farmer, House & Osuna, P.C.
411 Heimer Road
San Antonio, Texas 78232-4854
Tel: (210) 377-1990
Counsel for Plaintiff Jennifer Moore


Signed: _____  Date: _____
Lesa K. Dietz
Personally and as Next Friend of S.D., a Minor


Signed: _____  Date: _____
Steve H. Schiwetz, Esq.
P.O. Box 2581
Corpus Christi, Texas 78403
PH: (361) 888-8038
Guardian ad Litem for S.D., a minor


Signed: _____  Date: _____
Shannen W. Coffin
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 429-3000
Attorneys for New Frontier Innovations, LLC


Signed: _____  Date: _____
Thomas B. Almy
Dentons US LLP
1676 International Drive, Penthouse
McLean, VA 22102
Tel: (703) 336-8800
Counsel for Sierra Nevada Corporation

Signed: _____          Date: _____
Jeffrey G. House
Curney, Farmer, House & Osuna, P.C.
411 Heimer Road
San Antonio, Texas 78232-4854
Tel: (210) 377-1990
Counsel for Plaintiff Jennifer Moore

Signed: *Lesa K. Dietz*          Date: 8-5-15
Lesa K. Dietz   by Steve Schwetz w/permission
Personally and as Next Friend of S.D., a Minor

Signed: *Steve Schiwetz*          Date: 8-5-15
Steve H. Schiwetz, Esq.
P.O. Box 2581
Corpus Christi, Texas 78403
PH: (361) 888-8038
Guardian ad Litem for S.D., a minor

Signed: _____          Date: _____
Shannen W. Coffin
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 429-3000
Attorneys for New Frontier Innovations, LLC

Signed: _____          Date: _____
Thomas B. Almy
Dentons US LLP
1676 International Drive, Penthouse
McLean, VA 22102
Tel: (703) 336-8800
Counsel for Sierra Nevada Corporation

Signed: _____ Date: _____
Jeffrey G. House
Curney, Farmer, House & Osuna, P.C.
411 Heimer Road
San Antonio, Texas 78232-4854
Tel: (210) 377-1990
Counsel for Plaintiff Jennifer Moore

Signed: _____ Date: _____
Lesa K. Dietz
Personally and as Next Friend of S.D., a Minor

Signed: _____ Date: _____
Steve H. Schiwetz, Esq.
P.O. Box 2581
Corpus Christi, Texas 78403
PH: (361) 888-8038
Guardian ad Litem for S.D., a minor

Signed: /s/ Shannen W. Coffin                Date: 7/29/15
Shannen W. Coffin
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 429-3000
Counsel for New Frontier Innovations, LLC

Signed: _____ Date: _____
Thomas B. Almy
Dentons US LLP
1676 International Drive, Penthouse
McLean, VA 22102
Tel: (703) 336-8800
Counsel for Sierra Nevada Corporation

Signed: _____  Date: _____
    Jeffrey G. House
    Curney, Farmer, House & Osuna, P.C.
    411 Heimer Road
    San Antonio, Texas 78232-4854
    Tel: (210) 377-1990
    Counsel for Plaintiff Jennifer Moore

Signed: _____  Date: _____
    Lesa K. Dietz
    Personally and as Next Friend of S.D., a Minor

Signed: _____  Date: _____
    Steve H. Schiwetz, Esq.
    P.O. Box 2581
    Corpus Christi, Texas 78403
    PH: (361) 888-8038
    Guardian ad Litem for S.D., a minor

Signed: _____  Date: _____
    Shannen W. Coffin
    Steptoe & Johnson, LLP
    1330 Connecticut Avenue, N.W.
    Washington, DC 20036
    Tel: (202) 429-3000
    Attorneys for New Frontier Innovations, LLC

Signed: *[signature]*  Date: 7/30/15
    Thomas B. Almy
    Dentons US LLP
    1676 International Drive, Penthouse
    McLean, VA 22102
    Tel: (703) 336-8800
    Counsel for Sierra Nevada Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **Joint Stipulation of Dismissal With Prejudice** has been filed pursuant to the electronic filing requirements of the United States District Court for the Southern District of Texas on this 3rd day of August, 2015, which provides for service on counsel of record in accordance with the electronic filing protocols in place, and in addition a copy of the foregoing motion was emailed to Lesa K. Dietz.

                                                s/Thomas B. Almy
                                                Thomas B. Almy, Esq.