UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER MOORE, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-00049 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| SOUTHERN DISTRICT OF TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal With Prejudice (D.E. 92), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 3rd day of August, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE